PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:25-MC-00004-KES |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $349,940.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $144,996.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $28,046.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $9,450.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $4,381.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $2,378.00 IN U.S. CURRENCY, and | |
| APPROXIMATELY $2,020.00 IN U.S. CURRENCY, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and potential claimant Alfredo Lopez Nevarez ("claimant"), by and through their respective counsel, as follows:

1. On or about October 31, 2024 claimant Alfredo Lopez Nevarez filed a claim in the administrative forfeiture proceeding with the Drug Enforcement Administration ("DEA") with respect to the Approximately $349,940.00 in U.S. Currency, Approximately $144,996.00 in U.S. Currency, Approximately $28,046.00 in U.S. Currency, Approximately $9,450.00 in U.S. Currency, Approximately $4,381.00 in U.S. Currency, Approximately $2,378.00 in U.S. Currency, and Approximately $2,020.00 in U.S. Currency, which were seized on August 22, 2024 (hereafter collectively the "defendant currency").

2. The DEA has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is January 29, 2025.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to April 29, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to April 29, 2025.

Dated: January 23, 2025                          MICHELE BECKWITH
                                                 Acting United States Attorney


                                          By:    /s/ Kevin C. Khasigian
                                                 KEVIN C. KHASIGIAN
                                                 Assistant U.S. Attorney

2

Stipulation and Order to Extend Time

1
2  Dated: January 23, 2025                    /s/ Matt Koohanim
3                                             MATT KOOHANIM
                                               Attorney for potential claimant
4                                              Alfredo Lopez Nevarez
                                               (Original signature retained by attorney)
5
6
7
8  IT IS SO ORDERED.
9       Dated:   January 24, 2025
                                               _____
10                                             UNITED STATES DISTRICT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3